IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN REID, | 2:08-cv-02894-GGH |
| Petitioner, | |
| v. | **ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE** |
| D. K. SISTO, | |
| Respondent. | |

Respondent's request for an extension of time to file a response to the Court's December 17, 2008, Order was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file a response to the Petition for Writ of Habeas Corpus within thirty days from the date of this Order.

Dated: February 19, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

reid2894.eot